IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10CR37 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ARNULFO RAMOS-INIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's *pro se* motion for return of property, Filing No. 58.  The government has not responded to the motion.  The defendant seeks "the return of [his ]property seized by law enforcement the day of [his] arrest."  *Id.*  The record indicates that an Immigration and Customs Enforcement ("ICE") agent encountered the defendant in Buffalo County Jail, where he was in custody for a drug-possession charge.  *See* Filing No. 32, Presentence Investigation Report (Sealed) at 3.  Shortly thereafter, the defendant was brought into ICE custody.  The court has no information concerning the whereabouts of the property and it appears that this court may not be the proper forum for redress of the defendant's complaint.  At any rate, it appears that a response from the government is necessary to clarify the issue.  Accordingly,

IT IS ORDERED that the United states shall file a response to the defendant's motion within14 days of the date of this order.

DATED this 7th day of June, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge